UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| US v. Fabian Diaz-Toledo | ) | 18-MJ-20070-KSC-LAB |
| US v. Cruz Elena Ortiz-Vasquez | ) | 18-MJ-20145-MDD-LAB |
| US v. Jesus Perez-Duran | ) | 18-MJ-20317-BLM-LAB |
| US v. Enrique Hernandez-Nieto | ) | 18-MJ-20461-BLM-LAB |
| US v. Susana Ortiz-Quintana | ) | 18-MJ-20471-JLB-LAB |
| US v. Manuel Campos-Perez | ) | 18-MJ-20563-RNB-LAB |
| US v. Claudio Cardenas-Dominguez | ) | 18-MJ-20629-CEA-LAB |
| US v. Arturo Bello-Lopez | ) | 18-MJ-20669-CEA-LAB |
| US v. Juan Carlos Cruz-Pino | ) | 18-MJ-20978-KSC-LAB |
| US v. Eliverio Mateos-Trinidad | ) | 18-MJ-21091-KSC-LAB |
| US v. Rafaela Margarito-Garcia | ) | 18-MJ-22077-RBB-LAB |
| US v. Jose Luis Carrera-Carrera | ) | 18-MJ-22107-RNB-LAB |
| US v. Guadalupe Cuevas-Gaspar | ) | 18-MJ-22247-RBB-LAB |
| US v. Christian Emmanuel Cardenas-Celaya | ) | 18-MJ-22351-RBB-LAB |
| US v. Luis Alberto Perez-Hurtado | ) | 18-MJ-22387-KSC-LAB |
| US v. Cristobal Molohua-Tocohua | ) | 18-MJ-22467-RNB-LAB |
| US v. Javier Romero-Celestino | ) | 18-MJ-22485-RNB-LAB |
| US v. Carmelo Martinez-Antonio | ) | 18-MJ-22641-CEA-LAB |
| US v. Alejandro Aguilar-Viveros | ) | 18-MJ-22676-CEA-LAB |
| US v. Byron Anibal Lima | ) | 18-MJ-22805-RNB-LAB |
| US v.  Vivian Andrea Ixtabalan-Gonzalez | ) | 18-MJ-22886-RNB-LAB |
| US v. Alberto Baltazar-Santiago | ) | 18-MJ-22911-RNB-LAB |
| US v. Jack Castillo-Reyes | ) | 18-MJ-23195-WVG-LAB |
| US v. Juan Carlos Gregorio-Rodriguez | ) | 18-MJ-23298-KSC-LAB |
| US v. Abigail Jacinto-De Los Santos | ) | 18-MJ-23343-KSC-LAB |
| US v. Pedro Alonso Ayala-Valencia | ) | 18-MJ-2708-RNB-LAB |
| US v. Nabor Franco-Nieto | ) | 18-MJ-2771-MDD-LAB |
| | ) | |

| | |
|---|---|
| US v. Jesus Lemus-Calletano | ) 18-MJ-3059-RNB-LAB |
| US v. Jose Adiel Cruz-Villanueva | ) 18-MJ-3275-WVG-LAB |
| US v. Tomas Santana-Dimas | ) 18-MJ-3411-RNB-LAB |
| US v. Gerardo Gomez-Lopez | ) 18-MJ-3509-RBN-LAB |
| US v. Eugenio Martinez-Marcelo | ) 18-MJ-3538-KSC-LAB |
| US v. M Guadalupe Orrala-Herrera | ) 18-MJ-3570-KSC-LAB |
| US v. Ana Recinos-Lopez | ) 19-MJ-09842-RBM-LAB |
| US v. Filimon Garcia-Vargas | ) 19-MJ-21838-RNB-LAB |
| US v. Juan Garcia-Duenas | ) 19-MJ-22132-RNB-LAB |
| US v. Jesus Coronado-Fonseca | ) 19-MJ-22338-RNB-LAB |
| US v. Alberto Garcia-Gonzalez | ) 19-MJ-22339-RNB-LAB |
| US v. Octavio Calderas-Godinez | ) 19-MJ-22449-RNB-LAB |
| US v. Juan Gutierrez-Vasquez | ) 19-MJ-22503-KLS-LAB |
| US v. Marisol Ortiz-Castro | ) 19-MJ-22549-RNB-LAB |

**ORDER GRANTING MOTION TO VACATE AND DISMISS**

On the Government's motion, and for good cause shown, the convictions in the above cases are vacated and the charges dismissed without prejudice.

IT IS SO ORDERED.

DATED: 2/26/2020

*(signature)*
HON. LARRY ALAN BURNS
Chief United States District Judge